IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>RCS CAPITAL CORPORATION, *et al.,*<br><br>                               Debtors.[2] | Chapter 11<br><br>Case No. 16-10223 (MFW)<br><br>(Jointly Administered) |
| RCS Creditor Trust,<br>                               Plaintiff,<br><br>vs.<br><br>William Francis Galvin, in his official capacity as Secretary of the Commonwealth of Massachusetts, Enforcement Section of the Massachusetts Securities Division of the Office of the Secretary of the Commonwealth of Massachusetts; and the Commonwealth of Massachusetts,<br>                               Defendants. | Adv. No. 18-50199 |

**NOTICE OF SERVICE**

Please take notice that on September 28, 2018, a copy of **Plaintiff's Objections and Responses to William Francis Galvin, in his official capacity as Secretary of the Commonwealth of Massachusetts, Enforcement Section of the Massachusetts Securities Division of the Office of the Secretary of the Commonwealth of Massachusetts; and the Commonwealth of Massachusetts's, First Set of Request for Admissions,** were caused to be served on the following via First Class Mail:

---

2  The "RCS Debtors" in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: RCS Capital Corporation (4716); American National Stock Transfer, LLC (3206); Braves Acquisition, LLC (6437); DirectVest, LLC (9461); J.P. Turner & Company Capital Management, LLC (7535); RCS Advisory Services, LLC (4319); RCS Capital Holdings, LLC (9238); Realty Capital Securities, LLC (0821); SBSI Insurance Agency of Texas Inc. (9203); SK Research LLC (4613); Trupoly, LLC (5836); and We R Crowdfunding, LLC (9785). The RCS Debtors' corporate headquarters and mailing address is located at 245 Parle Avenue, 39th Floor, New York, NY 10167.

<u>Attorneys for Defendant</u>
William E. Chipman
Mark D. Olivere
Chipman Brown Cicero & Cole LLP
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, DE 19801

Dated:  September 28, 2018					**ASK LLP**

*/s/ Joseph L. Steinfeld, Jr.*
Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292
Bethany J. Rubis, Esq., MN SBN 0398519
2600 Eagan Woods Drive, Suite 400
St. Paul, MN  55121
Telephone: 651-289-3846
Fax: (651) 406-9676
Email: brubis@askllp.com

-and-

Edward E. Neiger, Esq.
151 West 46th Street, 4th Fl.
New York, NY  10036
Telephone: (212) 267-7342
Fax: (212) 918-3427

-and-

**ASHBY & GEDDES, P.A.**
Benjamin W. Keenan, Esq. (DE No. 4724)
David F. Cook, Esq. (DE No. 6352)
500 Delaware Avenue, 8th Floor
Wilmington, Delaware 19801
Tel: (302) 654-1888
Email: bkeenan@ashby-geddes.com

*Counsel for RCS Creditor Trust*