IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| RCS CAPITAL CORPORATION, *et al.*,[1] | ) | Case No. 16-10223(MFW) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| ------------------------------------------------- | ) | |
| RCS Creditor Trust, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| William Francis Galvin, in his official capacity as | ) | Adv. Proc. No. 18-50199 (MFW) |
| Secretary of the Commonwealth of Massachusetts, | ) | |
| Enforcement Section of the Massachusetts | ) | |
| Securities Division of the Office of the Secretary of | ) | |
| the Commonwealth of Massachusetts; and the | ) | |
| Commonwealth of Massachusetts, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**MEDIATION STATUS REPORT**

The undersigned mediator reports that a mediation is scheduled for December 12, 2018 beginning at 10:00 a.m. at the law offices of Cozen O'Connor, 1201 North Market Street, Wilmington, DE 19801.

Dated: October 16, 2018

By: _/s/ Mark E. Felger_
Mark E. Felger (No. 3919)
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
Phone: (302) 295-2000

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: RCS Capital Corporation (4716); American National Stock Transfer, LLC (3206); Braves Acquisition, LLC (6437); DirectVest, LLC (9461); J.P. Turner & Company Capital Management, LLC (7535); RCS Advisory Services, LLC (4319); RCS Capital Holdings, LLC (9238); Realty Capital Securities, LLC (0821); SBSI Insurance Agency of Texas Inc. (9203); SK Research LLC (4613); Trupoly, LLC (5836); and We R Crowdfunding, LLC (9785). The Debtors' corporate headquarters and mailing address is located at 245 Parle Avenue, 39th Floor, New York, New York 10167.