# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>RCS CAPITAL CORPORATION, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 16-10223 (MFW)<br><br>(Jointly Administered) |
| RCS Creditor Trust,<br>                                            Plaintiff,<br><br>vs.<br><br>William Francis Galvin, in his official capacity as Secretary of State of the Commonwealth of Mass., Enforcement Section of the Mass. Securities Division of the Office of the Secretary of the Commonwealth of Mass.; and the Commonwealth of Mass.,<br>                                            Defendant. | Adv. No. 18-50199 |

## **STIPULATION OF VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING**

IT IS HEREBY stipulated and agreed pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, which is incorporated by reference into Rule 7041 of the Federal Rules of Bankruptcy Procedure, by the above-captioned plaintiff and above-captioned defendant, by and through their respective counsel, that the above captioned adversary proceeding be dismissed. This matter has been settled and this dismissal is with prejudice. An answer has been filed.

---

[1] The "RCS Debtors" in these chapter 11 cases, along with the last four digits of their respective federal tax identification numbers, are: RCS Capital Corporation (4716); American National Stock Transfer, LLC (3206); Braves Acquisition, LLC (6437); DirectVest, LLC (9461); J.P. Turner & Company Capital Management, LLC (7535); RCS Advisory Services, LLC (4319); RCS Capital Holdings, LLC (9238); Realty Capital Securities, LLC (0821); SBSI Insurance Agency of Texas Inc. (9203); SK Research LLC (4613); Trupoly, LLC (5836); and We R Crowdfunding, LLC (9785). The RCS Debtors' corporate headquarters and mailing address is located at 245 Parle Avenue, 39th Floor, New York, NY 10167.

| | |
|---|---|
| Dated: July 2, 2019 | Dated: July 2, 2019 |
| ASHBY & GEDDES, P.A. | CHIPMAN BROWN CICERO & COLE, LLP |
| */s/ Benjamin W. Keenan*<br>Benjamin W. Keenan, DE SBN 4724<br>David F. Cook, DE SBN 6352<br>500 Delaware Avenue, 8th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 654-1888<br>Email: bkeenan@ashby-geddes.com | */s/ Mark D. Olivere*<br>Mark D. Olivere<br>1313 North Market Street, Suite 5400<br>Wilmington, DE 19801<br>Telephone: 302-295-0191<br>Email: olivere@chipmanbrown.com |

-and-

ASK LLP
Joseph L. Steinfeld, Jr., MN SBN 0266292
Gary Underdahl, MN SBN 0301693
2600 Eagan Woods Drive, Suite 400
Saint Paul, MN  55121
Telephone: (651) 406-9665
Email: gunderdahl@askllp.com

-and-

Edward E. Neiger
151 West 46th Street, 4th Floor
New York, NY  10036
Telephone: (212) 267-7342
Email: eneiger@askllp.com

*Counsel for Alan M. Jacobs, as Creditor Trust Administrator of The RCS Creditor Trust*

*Counsel for Defendant, William Francis Galvin, in his official capacity as Secretary of State of the Commonwealth of Mass., Enforcement Section of the Mass. Securities Division of the Office of the Secretary of the Commonwealth of Mass.; and the Commonwealth of Mass.*